UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| MARK RUSSO, | * |
| Plaintiff, | * |
| v. | * Civil Action No. 11-11160-JLT |
| CHUBB FIRE & SECURITY, LLC f/k/a RED HAWK INDUSTRIES, LLC f/k/a/ BARRY SECURITY SYSTEMS, INC., | * |
| Defendant. | * |

ORDER

October 12, 2011

TAURO, J.

Please advise the court by October 19, 2011 of the citizenship of all of Defendant's members.[1]

IT IS SO ORDERED.

    /s/ Joseph L. Tauro
United States District Judge

---

[1] For the purposes of diversity jurisdiction, a Limited Liability Company has the citizenship of all of its members. <u>Carden v. Arkoma Assoc.</u>, 494 U.S. 185, 195.